260

BUTLER COUNTY BAR ASSOCIATION *v.* BARTELS.

(D. D. No. 79-6—Decided June 6, 1979.)

*Mr. Charles W. Kettlewell, Mr. George H. Elliott* and *Mr. Louis J. Hofstadter,* for relator.
*Mr. Alan R. Vogeler,* for respondent.

*Per. Curiam.* In *Cleveland Bar Assn.* v. *Stein* (1972), 29 Ohio St. 2d. 77, this court established the rule that an attorney found guilty of willful failure to file a federal income tax return be suspended indefinitely from the practice of law. We continue to adhere to this rule, for the reasons expressed in *Stein, supra.*

Accordingly, we concur with the recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.